IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JUSTIN FUREY, | § | |
| | § | No. 528, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of |
| | § | Chancery of the State of |
| v. | § | Delaware |
| | § | |
| SAKEENAH SALAAM, | § | C.A. No. 2023-0252 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 26, 2025
Decided: October 31, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After considering the opening brief and the record below, we find it evident that the Court of Chancery's judgment should be affirmed on the basis of the court's December 2, 2024 order approving the Magistrate in Chancery's final report dated November 8, 2024. The appellant did not file exceptions to the Magistrate's report and therefore did not preserve any issues for review on appeal.[1]

---

[1] *See Cowan v. Furlow*, 2024 WL 4362264, at *2 (Del. Sept. 30, 2024) ("This Court has long held that substantive challenges to a Magistrate's final report that are not raised in exceptions under Court of Chancery Rule 144 are not preserved for review on appeal to this Court.").

NOW, THEREFORE, IT IS ORDERED that judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice